**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **COMMUNITY FOR PERMANENT SUPPORTED HOUSING; CYNTHIA CURTIS; MARY HUBBARD; IRENE NIEMOTKA; MARGARET ("PEGGY") SHADDUCK; and KELLY WATERMAN,** | § | |
| **Plaintiffs,** | § | **Case No. 3:18-cv-02030-K** |
| **V.** | § | |
| **HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS,** | § | |
| **Defendant.** | § | |

**DEFENDANT'S ATTORNEY CONTACT INFORMATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Counsel for Defendant Housing Authority of the City of Dallas ("DHA"), and pursuant to the Court's Scheduling Order dated October 11, 2018, files this, its Attorney Contact Information, as follows

Gerald V. Bright
Walker Bright PC
Cell: 214-674-4580

David L. Craft
Walker Bright PC
Cell: 214-674-4581

Respectfully submitted,

**WALKER BRIGHT, PC**
100 N. Central Expressway, Suite 800
Richardson, Texas 75080
Telephone : (972) 744-0192
Facsimile : (972) 744-0067
Email : gerald.bright@wblpc.com

GERALD BRIGHT
State Bar No. 02991720
DAVID L. CRAFT
State Bar No. 00790522

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I certify that on the 16th day of October, 2018 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have complied with Local Rule 5.1(f) and registered as an ECF user.

GERALD BRIGHT