**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Community for Permanent Supported Housing, et al. v. Housing Authority of the City of Dallas**

2. Civil action number: **3:18-CV-02030-K**

3. Nature of the suit: **civil rights/fair housing/disability discrimination**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **January 10, 2019**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services

   ☐ Settled, in part, as a result of ADR

   ☐ Settled as a result of ADR

   **X** Parties were unable to reach a settlement at mediation. The mediator will continue to work with the parties.

7. What was your TOTAL fee: **$5,390.00**

8. Duration of ADR: **eight (8) hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas 75225
    Telephone: (214) 744-5267

*/s/ Jeff Kaplan*
Signature

January 11, 2019

Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Glenn Schlactus
Sara L. Pratt
Relman, Dane & Colfax PLLC
1225 19th Street NW, Suite 600
Washington, D.C. 20036
Tel: (202) 728-1888
Counsel for Plaintiffs

Rachel B. Cohen-Miller
Christopher P. McGreal
Disability Rights Texas
1420 West Mockingbird Lane, Suite 450
Dallas, Texas 75247
Tel: (214) 630-0916
Counsel for Plaintiffs

Gerald V. Bright
David L. Craft
Walker Bright PC
100 North Central Expressway, Suite 800
Richardson, Texas 75080
Tel: (972) 744-0192
Counsel for Defendant

Robin Leogrande, with Plaintiffs
Cynthia Curtis, with Plaintiffs
Irene Niemotka, with Plaintiffs
Margaret Shadduck, with Plaintiffs
Mary Hubbard, with Plaintiffs
Troy Broussard, with Defendant
Greg Mays, with Defendant
Brooke Etie, with Defendant
Mary Potts, with Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

Judy Stephenson

Judy Stephenson, Case Manager