IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMMUNITY FOR PERMANENT SUPPORTED HOUSING, CYNTHIA CURTIS, MARY HUBBARD, IRENE NIEMOTKA, MARGARET ("PEGGY") SHADDUCK, and KELLY WATERMAN, | § | |
| Plaintiffs, | § | Civil Action No. 3:18-CV-2030-K |
| v. | § | |
| HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS, | § | |
| Defendant. | § | |

**JUDGMENT**

The Court enters this Judgment pursuant to the Court's Memorandum Opinion and Order entered April 2, 2019 granting Defendant Housing Authority of the City of Dallas, Texas' Motion to Dismiss Pursuant to Rule 12(b)(6) and Brief in Support.

It is therefore, ORDERED, ADJUDGED, and DECREED that Plaintiffs take nothing by this suit against Defendant. This case is hereby **DISMISSED without prejudice**, with the Parties to bear their own respective costs and attorney fees.

**SO ORDERED.**

Signed April 2nd, 2019.

Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE