IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMMUNITY FOR PERMANENT SUPPORTED HOUSING, CYNTHIA CURTIS, MARY HUBBARD, IRENE NIEMOTKA, MARGARET ("PEGGY") SHADDUCK, and KELLY WATERMAN, | § | |
| Plaintiffs, | § | Civil Action No. 3:18-CV-2030-K |
| v. | § | |
| HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS, | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiffs' Motion to Alter or Amend the Judgment and for Leave to File the First Amended Complaint (the "Motion") (Doc. No. 38). After carefully considering the motion, brief, response, reply, record, and applicable law, the Court **DENIES** the Motion.

**SO ORDERED.**

Signed June 24th, 2019.

Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE