IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 19-10818

---

Certified as a true copy and issued as the mandate on Jan 27, 2020

Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

COMMUNITY FOR PERMANENT SUPPORTED HOUSING; CYNTHIA CURTIS; IRENE NIEMOTKA; KELLY WATERMAN; MARY HUBBARD; MARGARET SHADDUCK, also known as Peggy,

Plaintiffs - Appellants

v.

HOUSING AUTHORITY OF THE CITY OF DALLAS TEXAS,

Defendant - Appellee

---

Appeal from the United States District Court
for the Northern District of Texas

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of January 27, 2020, pursuant to the joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Renee McDonough

By: ______________________
Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 27, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 19-10818 Commty for Perm Supported Hsng, et al v. Housing Auth City of Dallas
USDC No. 3:18-CV-2030

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc w/encl:
Mr. Gerald Vincent Bright
Ms. Rachel Cohen-Miller
Mr. David Lawrence Craft
Ms. Christa Laser
Mr. Christopher McGreal
Mr. Sasha M. Samberg-Champion